[No. 21454-7-II.    Division Two.    July 17, 1998.]

THE CITY OF BREMERTON, *Appellant,* v. HARBOR INSURANCE COMPANY, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-2-02161-5, Leonard W. Kruse, J., entered November 14, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Hunt, JJ. Now published at 92 Wn. App. 17.

[No. 21688-4-II.    Division Two.    July 17, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN ANTHONY TORO, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-02367-3, Arthur W. Verharen, J., entered February 13, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Seinfeld, JJ.

[No. 22078-4-II.    Division Two.    July 17, 1998.]

VANCOUVER SCHOOL DISTRICT No. 37, *Respondent,* v. COLUMBIA RIVER MENTAL HEALTH SERVICES, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 97-2-02134-4, John F. Nichols, J., entered May 23, 1997. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 22165-9-II.    Division Two.    July 17, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. BILLIE JEANETTE GREENE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-02086-1, Barbara D. Johnson, J., entered August 22, 1997. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Armstrong and Hunt, JJ.